UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JUNIOR BOMPETI,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:23-cv-01237-O-BP** |
| | § | |
| **USCIS IMMIGRATION,** | § | |
| | § | |
| *Defendant*. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 7, 2024 the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 10) in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court hereby **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED without prejudice**. Separate final judgment shall issue.

**SO ORDERED** on this **29th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE